IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TERRY WILLIAMS and <br> VANESSA WILLIAMS <br><br> vs. <br><br> KENNETH WAYNE DOWDEN <br> LARRY ALEXANDER and <br> SCOOTERS, INC. | § <br> § <br> § <br> §    CIVIL ACTION NO. 2:12-CV-00739 <br> § <br> § <br> § <br> § |

## ORDER GRANTING AGREED MOTION TO DISMISS

Came on to be heard Plaintiffs TERRY WILLIAMS and VANESSA WILLIAMS, and Defendants KENNETH WAYNE DOWDEN, LARRY ALEXANDER, and SCOOTER, INC.'s Agreed Motion to Dismiss, and the Court, after reviewing the motion, finds that the motion is well taken and should be **GRANTED**.

IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss is GRANTED dismissing all claims filed by Plaintiffs against Defendants with prejudice in the above-styled cause, with each party paying their own court costs.

**So Ordered and Signed on this**

**Jan 15, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE